UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DARLENE STINGER,
SHARON BUSH and
TIA NEWTON,

    Plaintiff,

v.

FORT LINCOLN CEMETERY, LLC and
SERVICE CORPORATION
INTERNATIONAL,

    Defendants.

Civil Action No. TDC-20-1052

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Defendants' Motion to Dismiss and to Strike Collective Action Allegations, ECF No. 22, is GRANTED.

The Clerk shall CLOSE this case.

Date: March 23, 2021

THEODORE D. CHUANG
United States District Judge