IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARLENE STINGER, *et al*., | * | |
| | * | |
| PLAINTIFFS | * | |
| | * | |
| v. | * | Case No.:  8:20-CV-01052 |
| | * | |
| FORT LINCOLN CEMETERY, LLC *et al*., | * | |
| | * | |
| DEFENDANTS. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE OF APPEAL**

Plaintiffs, by undersigned counsel, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the order granting judgment in favor of Fort Lincoln Cemetery, LLC and Service Corporation International entered on March 23, 2021.

RESPECTFULLY SUBMITTED,

Alan Lescht & Associates, P.C.

By: /s/ J. Barrett Kelly_____
J. Barrett Kelly (MD Bar No. 20312)
1825 K Street, N.W., Suite 750
Washington, D.C. 20006
T: 202.463.6036
F: 202.463.6067
Barrett.kelly@leschtlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2021, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send a notification of such filing to each counsel of record in this matter.

/s/ J. Barrett Kelly
J. Barrett Kelly
*Counsel for Plaintiffs*