FILED: August 3, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1460
(8:20-cv-01052-TDC)
_____

DARLENE STINGER; SHARON BUSH; TIA NEWTON

    Plaintiffs - Appellants

v.

FORT LINCOLN CEMETERY, LLC; SERVICE CORPORATION INTERNATIONAL

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered July 12, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*